IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| Junez Moore Valiente, f/k/a Junez Davis, | Case No.: 21-43573 |
| Debtor. | Chapter 7 |

**NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC'S NOTICE OF
DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID 19 PANDEMIC**

Now comes Creditor, Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Lakeview Loan Servicing, LLC ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Junez Moore Valiente's ("Debtor") request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 10/01/2021 through 12/01/2021. Creditor holds a secured in real property commonly known as 1544 Gieseking Lane, Saint Louis, MO 63147. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that Debtor, or Counsel for Debtor, to make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 01/01/2022, and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor

fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

        LOGS Legal Group LLP

        /s/ Zachary G. Edwards
        Linda S. Tarpley #29025
        Zachary G. Edwards #63798
        Adam S. Kerekanich # 68602
        13801 Riverport Drive, Suite 502
        Maryland Heights, MO 63043
        (314) 770-2120
        Fax (314) 770-1850
        LLG File No. 21-036199
        zedwards@logs.com
        logsecf@logs.com
        Attorneys for Creditor

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was filed electronically on October 22, 2021, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

T J Mullin
TJ Mullin PC
201 S. Central Ave. #103
Clayton, MO 63105

Fredrich J. Cruse
Chapter 7 Trustee
PO Box 914
718 Broadway
Hannibal, MO 63401

Office of the US Trustee
Thomas Eagleton US Courthouse
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

  I hereby certify that a true and correct copy of the foregoing document was filed electronically on October 22, 2021, with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, to the parties listed below on October 22, 2021.

Junez Moore Valiente
1544 Gieseking Lane
Saint Louis, MO 63147

            /s/ Zachary G. Edwards
            Linda S. Tarpley #29025
            Zachary G. Edwards #63798
            Adam S. Kerekanich # 68602